UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


JUN - 9 2016
JUDGE KAPLAN'S CHAMBERS

| | |
|---|---|
| ANTHONY MENICHIELLO, an individual, and DENMAR CONSULTING, INC. D/B/A MARTIN & ASSOCIATES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BIZFI.COM, MERCHANT CASH AND CAPITAL, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Civil Case Number: 1:16-cv-03278-LAK-JCF<br><br>NOTICE OF VOLUNTARY DISMISSAL |


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-22-16

Plaintiffs Anthony Menichiello and Denmar Consulting, Inc. d/b/a Martin & Associates voluntarily dismiss this action against the defendants Bizfi.com, Merchant Cash and Capital, LLC and Does 1 through 10, pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i).

Dated: June 7, 2016          **PARIS ACKERMAN & SCHMIERER LLP**

By: *s/ Ross H. Schmierer*
Ross H. Schmierer, Esq.
Paris Ackerman & Schmierer LLP
1200 Avenue of the Americas, 3rd Floor
New York, NY 10036
Telephone: 212-354-0030
Email: ross@paslawfirm.com

**SO ORDERED:**

/s/
U.S.D.J.
6/21/16

1